# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **RAYMOND ALEXANDER RAY,** ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v.   ) | No. CIV 23-318-RAW-JAR |
| ) | |
| **CHRISTE QUICK,** ) | |
| ) | |
| Respondent. ) | |

## OPINION AND ORDER

This matter is before the Court on Petitioner Raymond Alexander Ray's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. (Dkt. 1). Petitioner, an inmate currently incarcerated at Oklahoma State Penitentiary in McAlester, Oklahoma, challenges his conviction in Oklahoma County District Court Case No. CF-2019-187 for one count of Domestic Assault and Battery with a Dangerous Weapon, one count of Domestic Assault and Battery Resulting in Great Bodily Harm, and one count of Domestic Assault and Battery, Second or Subsequent Offense. *Id.* at 1.

As stated above, Petitioner was convicted in Oklahoma County, Oklahoma, which is located within the territorial jurisdiction of the Western District of Oklahoma. *See* 28 U.S.C. § 116(c).[1] Therefore, in the furtherance of justice, this matter may more properly be addressed in that District.

**ACCORDINGLY**, pursuant to 28 U.S.C. § 2241(d), this action is hereby transferred to the Western District of Oklahoma for all further proceedings.

**IT IS SO ORDERED** this 22nd day of August 2024.

Ronald A. White
United States District Judge
Eastern District of Oklahoma

---

[1] Petitioner's previous habeas corpus petition was filed and denied in the Western District of Oklahoma. *See Ray v. Okla. Dep't of Corr.*, No. CIV-21-694-F (W.D. Okla. Jan. 18, 2022). (Dkts. 9-1, 9-3).